UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| DARRIN M. LONG, II )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>)<br>KILOLO KIJAKAZI, )<br>Acting Commissioner of Social Security, )<br>        Defendant. )<br>) | **JUDGMENT**<br><br>No. 7:21-CV-176-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's motion for attorney fees under the EAJA.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 15, 2023, that defendant pay to plaintiff $8,200.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on June 15, 2023, and Copies To:**
Kathleen S. Glancy (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)


June 15, 2023                        PETER A. MOORE, JR., CLERK

                                              /s/ Sandra K. Collins
                                              (By) Sandra K. Collns, Deputy Clerk